CITY OF ALEXANDRIA v. THERESA VIERING.[1]

May 3, 1929.

No. 27,207.

Frank J. Zinna, for appellant.
Rudolph L. Swore, City Attorney, for respondent.

PER CURIAM.

This is a companion case to City of Alexandria v. George Viering, 177 Minn. 617, 225 N. W. 286. The record is the same, and the judgment from which this appeal is taken is, upon authority of the opinion filed in City of Alexandria v. George Viering, affirmed.

[1]Reported in 225 N. W. 287.